# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 9, 2017

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  United States and Massachusetts, ex rel. Michael A. Willette
           v. University of Massachusetts, Worcester, aka University of
           Massachusetts Medical School
           No. 15-1437
           (Your No. 15-1239)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk